IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------x
In re                                              :
                                                  :    Chapter 11

     KENNETH TAGGART                       :

                                                  :    Bankruptcy No. 21-12476(AMC)

                 Debtor.                     :
                                                  :

                                                  :
---------------------------------------------------x

## **ORDER OF THE COURT DISMISSING CASE**

        AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Dismiss filed by the City of Philadelphia (the "Motion") and any response filed thereto and for reasons stated in open Court, it is hereby

ORDERED that:

        1.        The Motion is GRANTED, and

        2.        The Chapter 11 bankruptcy case of the above-captioned debtor is DISMISSED.

By the Court:

*[signature]*

**Date: May 4, 2022**

ASHELY M. CHAN
U.S. Bankruptcy Judge