Official Form 417A (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kenneth J. Taggart
dba Kenneth J. Taggart, Landlord,
Debtor

Chapter 11 Proceeding

RE: Kenneth J. Taggart
dba Kenneth J. Taggart, Landlord

Case No. 21-12476 AMC

FILED
MAY 10 2022

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Kenneth Taggart_____

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☐ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.

x Debtor
☐ Creditor
☐ Trustee
☐ Other (describe) Motion to Dismiss_____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order May 4, 2022 Granting the

Motion to Dismiss the case

State the date on which the judgment, order, or decree was entered: May 4, 2022

(Docket #223)

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

> See Attached List of Creditors
> and counsel as well as counsel
> for parties of interest as
> attached.

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

> X Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Date: 5-10-22

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re                                            :
                                                 :     Chapter 11
          KENNETH TAGGART                        :
                                                 :     Bankruptcy No. 21-12476(AMC)
                        Debtor.                  :
                                                 :
                                                 :
-------------------------------------------------x
```

## ORDER OF THE COURT DISMISSING CASE

AND NOW, this _____ day of _____ , 2022, upon

consideration of the Motion to Dismiss filed by the City of Philadelphia (the "Motion")

and any response filed thereto and for reasons stated in open Court, it is hereby

ORDERED that:

    1.    The Motion is GRANTED, and

    2.    The Chapter 11 bankruptcy case of the above-captioned debtor is

DISMISSED.

By the Court:

**Date: May 4, 2022**

_____

ASHELY M. CHAN
U.S. Bankruptcy Judge