UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                              Telephone
Clerk                                                                                                                      (215) 408-2800

May 10, 2022

Re: Kenneth J. Taggart
    Bankruptcy No.: 21-12476
    Civil Action No.

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(x) Certificate of appeal from order entered by the Honorable .
    Notice of appeal filing fee (x)paid   ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered by the Honorable .
    () Objections filed .

() Report and recommendation entered by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

(x) Other: Debtor filed Motion to Reinstate the Case, hearing date June 22, 2022.

Kindly acknowledge receipt on the copy of the letter provided.

    For the Court

    Timothy B. McGrath
    Clerk

    By:_____Y.Ruiz_____
    Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20     .

Civil Action No. _____        Signature:_____

Miscellaneous No. _____       Date: _____

Assigned to Judge _____                                                     BFL5.frm(rev 11/8/17)