# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Kenneth J Taggart

Debtor(s)

Chapter: 11

Bankruptcy No: 21-12476-amc

## Certificate of Service

AND NOW, this 10, day of May 2022, the debtor filed with the court a "Motion to Re-Instate the Case", a "Motion for Reconsideration to Dismissal", and a "Notice of Appeal to the Order Dismissing the Case [Order #223]. Additionally, the following were served via United States Mail: All Creditors on the Creditors List and all Claims filed along with counsel as attached.

Kenneth Taggart

May 10, 2022

FILED
MAY 10 2022
TIMOTHY McGRATH, CLERK

# Eastern District of Pennsylvania
## Claims Register

### 21-12476-amc Kenneth J Taggart Debtor dismissed 05/04/2022

**Judge:** Ashely M. Chan  
**Office:** Philadelphia  
**Trustee:**  

**Chapter:** 11  
**Last Date to file claims:**  
**Last Date to file (Govt):**  

---

**Creditor:** (14636920)  
Internal Revenue Service  
P O Box 7346  
Philadelphia, PA 19101  

**Claim No: 1**  
Original Filed Date: 09/17/2021  
Original Entered Date: 09/17/2021  

**Status:**  
Filed by: CR  
Entered by: JOHN F LINDINGER  
Modified:  

Amount claimed: $92238.56  

History:  
Details   1-1   09/17/2021   Claim #1 filed by Internal Revenue Service, Amount claimed: $92238.56 (LINDINGER, JOHN)  

Description:  
Remarks:  

---

**Creditor:** (14640411)  
Water Revenue Bureau  
c/o City of Philadelphia Law Department  
Tax & Revenue Unit  
Bankruptcy Group, MSB  
1401 John F. Kennedy Blvd., 5th Floor  
Philadelphia, PA 19102-1595  

**Claim No: 2**  
Original Filed Date: 09/30/2021  
Original Entered Date: 09/30/2021  

**Status:**  
Filed by: CR  
Entered by: PAMELA ELCHERT THURMOND  
Modified:  

Amount claimed: $4388.92  
Secured claimed: $4388.92  

History:  
Details   2-1   09/30/2021   Claim #2 filed by Water Revenue Bureau, Amount claimed: $4388.92 (THURMOND, PAMELA)  

Description: (2-1) Water/Sewer  
Remarks: (2-1) Arrears $4,388.92  

---

**Creditor:** (14641001)  
City of Philadelphia Law Department  
Tax & Revenue Unit  
Bankruptcy Group, MSB  
1401 John F. Kennedy Blvd., 5th Floor  
Philadelphia, PA 19102-1595  

**Claim No: 3**  
Original Filed Date: 10/05/2021  
Original Entered Date: 10/05/2021  

**Status:**  
Filed by: CR  
Entered by: MEGAN N. HARPER  
Modified:  

Amount claimed: $24829.04  
Secured claimed: $24197.06  

History:  
Details   3-1   10/05/2021   Claim #3 filed by City of Philadelphia Law Department, Amount claimed: $24829.04 (HARPER, MEGAN)  

Description: (3-1) Real Estate Taxes and General Unsecured Claims  
Remarks:

| Creditor: (14641002)<br>Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161 | Claim No: 4<br>Original Filed Date: 10/05/2021<br>Original Entered Date: 10/05/2021 | Status:<br>Filed by: CR<br>Entered by: Errika Moore<br>Modified: |
|---|---|---|

Amount claimed: $35872.98
Secured claimed: $35872.98

History:
Details    4-1    10/05/2021 Claim #4 filed by Chrysler Capital, Amount claimed: $35872.98 (Moore, Errika)
Description: (4-1) 2020 Jeep Grand Cherokee
Remarks:

| Creditor: (14642794)<br>Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Claim No: 5<br>Original Filed Date: 10/14/2021<br>Original Entered Date: 10/14/2021 | Status:<br>Filed by: CR<br>Entered by: Hiroo S. Sharma<br>Modified: |
|---|---|---|

Amount claimed: $5310.19
Secured claimed: $1270.72
Priority claimed: $2949.76

History:
Details    5-1    10/14/2021 Claim #5 filed by Pennsylvania Department of Revenue, Amount claimed: $5310.19 (Sharma, Hiroo)
Description: (5-1) arrears-1270.72
Remarks:

| Creditor: (14645605)<br>AJX Mortgage Trust I, et al<br>c/o Gregory Funding, LLC<br>PO Box 230579<br>Tigard, OR 97281 | Claim No: 6<br>Original Filed Date: 10/26/2021<br>Original Entered Date: 10/26/2021 | Status:<br>Filed by: CR<br>Entered by: JILL MANUEL-COUGHLIN<br>Modified: |
|---|---|---|

Amount claimed: $409496.16
Secured claimed: $409496.16

History:
Details    6-1    10/26/2021 Claim #6 filed by AJX Mortgage Trust I, et al, Amount claimed: $409496.16 (MANUEL-COUGHLIN, JILL)
Description: (6-1) 7242 Saul Street, Philadelphia, PA 19149-1217
Remarks:

| Creditor: (14647050)<br>PHH Mortgage<br>Attn: Bankruptcy Department<br>P.O. Box 24605<br>West Palm Beach, FL 33416-4605 | Claim No: 7<br>Original Filed Date: 10/29/2021<br>Original Entered Date: 10/29/2021 | Status:<br>Filed by: CR<br>Entered by: MARIO J. HANYON<br>Modified: |
|---|---|---|

History:
Details    7-1    10/29/2021 Claim #7 filed by PHH Mortgage, Amount claimed: $1332871.38 (HANYON, MARIO)
Description: (7-1) 521 Cowpath Road, Telford, PA 18969
Remarks:

Amount claimed: $1332871.38
Secured claimed: $1332871.38

History:
Details   7-1   10/29/2021 Claim #7 filed by PHH Mortgage, Amount claimed: $1332871.38 (HANYON, MARIO)
Description: (7-1) 521 Cowpath Road, Telford, PA 18969
Remarks:

| | |
|---|---|
| Creditor: (14648489)<br>Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | **Claim No: 8**<br>Original Filed Date: 11/05/2021<br>Original Entered Date: 11/05/2021<br>Last Amendment Filed: 12/14/2021<br>Last Amendment Entered: 12/14/2021 |

Status:
Filed by: CR
Entered by: Ashley M Boswell
Modified:

Amount claimed: $250.85

History:
Details   8-1   11/05/2021 Claim #8 filed by Verizon, Amount claimed: $250.85 (Boswell, Ashley)
Details   8-2   12/14/2021 Amended Claim #8 filed by Verizon, Amount claimed: $250.85 (Boswell, Ashley)
Description:
Remarks:

Creditor: (14649793)
CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 9**
Original Filed Date: 11/15/2021
Original Entered Date: 11/15/2021

Status: Withdraw 64
Filed by: CR
Entered by: David Lamb
Modified:

Amount claimed: $7505.93

History:
Details   9-1   11/15/2021 Claim #9 filed by CACH, LLC, Amount claimed: $7505.93 (Lamb, David)
          64    12/10/2021 Praecipe to Withdraw Proof of Claim(s): 9 Filed by CACH, LLC. (Butler, Javyn) Status Withdraw

Description:
Remarks:

Creditor: (14649922)
THE BANK OF NEW YORK MELLON
Bankruptcy Department
PO Box 10826
Greenville, SC 29603-0826

**Claim No: 10**
Original Filed Date: 11/15/2021
Original Entered Date: 11/15/2021

Status:
Filed by: CR
Entered by: Karen A Maxcy
Modified:

Amount claimed: $620241.36

History:
Details   10-1   11/15/2021 Claim #10 filed by THE BANK OF NEW YORK MELLON, Amount claimed: $620241.36 (Maxcy, Karen)

Description:
Remarks:

| | |
|---|---|
| Creditor: (14650489)<br>Deutsche Bank National Trust Co. Trustee (See 410)<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec St.<br>Greenwood Village, Colorado 80111 | Claim No: 11<br>Original Filed Date: 11/17/2021<br>Original Entered Date: 11/17/2021 |

Amount claimed: $861925.37
Secured claimed: $861925.37

Status:
Filed by: CR
Entered by: Matthew L Tillma
Modified:

History:

Details   11-1   11/17/2021   Claim #11 filed by Deutsche Bank National Trust Co. Trustee (See 410), Amount claimed: $861925.37 (Tillma, Matthew)

Description:
Remarks:

## Claims Register Summary

**Case Name:** Kenneth J Taggart
**Case Number:** 21-12476-amc
**Chapter:** 11
**Date Filed:** 09/09/2021
**Total Number Of Claims:** 11

| | |
|---|---|
| Total Amount Claimed* | $3,394,930.74 |
| Total Amount Allowed* | |

*Includes general unsecured claim

The values are reflective of the data entered. Always refer to claim documents for actual amounts

| | Claimed | Allowed |
|---|---|---|
| Secured | $2,670,022.59 | |
| Priority | $2,949.76 | |
| Administrative | | |
| Unassigned (unsecured) | _calculated | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/09/2022 17:40:35 | | | |
| PACER Login: | ktaggart01 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 21-12476-amc Filed or Entered From: 9/9/2021 Filed or Entered To: 12/31/2022 |
| Billable Pages: | 2 | Cost: | 0.20 |

```
Label Matrix for local noticing              CACH, LLC                                    (p)CITY OF PHILADELPHIA LAW DEPARTMENT
0313-2                                        Resurgent Capital Services                   MUNICIPAL SERVICES BUILDING
Case 21-12476-amc                             P.O. Box 10587                               1401 JOHN F KENNEDY BLVD 5TH FLOOR
Eastern District of Pennsylvania              Greenville, SC 29603-0587                    PHILADELPHIA PA 19102-1617
Philadelphia
Mon May  9 17:38:26 EDT 2022

Commonwealth of Pennsylvania, Department of   New Century Financial Services, Inc.         PHH Mortgage Corporation
Bureau of Compliance                          110 South Jefferson Road                     One Mortgage Way
Dept. 280946                                  Suite 104                                    Mount Laurel, NJ 08054-4624
Harrisburg, PA 17128-0946                     Whippany, NJ 07981-1038


Philadelphia                                  AJAX MORTGAGE TRUST I, A DELAWARE TRUST,     AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILM
900 Market Street                             WILMINGTON SAVINGS FUND SOCIETY, FSB, TR     c/o Jill Manuel-Coughlin, Esquire
Suite 400                                     c/o JILL MANUEL-COUGHLIN                     Powers Kirn, LLC
Philadelphia, PA 19107-4233                   Powers Kirn, LLC                             Eight Neshaminy Interplex  Suite 215
                                              Eight Neshaminy Interplex, Suite 215         Trevose, PA 19053
                                              Trevose, PA 19053-6980                       Telephone 19053-6980

AJX Mortgage Trust I, et al                   Ajax Mortgage Trust I                        Andrew Spivack
c/o Gregory Funding, LLC                      9400 SW BEAVERTON                            Brock and Scott, PLLC
PO Box 230579                                 HILLSDAY HWY 131                             Attorneys at Law
Tigard, OR 97281-0579                         Beaverton, OR 97005                          302 Fellowship Road, Suite 130
                                                                                           Mount Laurel, NJ 08054-1218


Bank of New York Mellon                       Bank of New York Mellon                      Capital One
101 Barclay Street                            7105 Corporate Drive                         Attn: Bankruptcy
New York, NY 10286-0001                       Plano, TX 75024-4100                         Po Box 30285
                                                                                           Salt Lake City, UT 84130-0285


Christopher R. Momjian                        Chrysler Capital                             Citibank
Senior Deputy Attorney General                P.O. Box 961275                              Citicorp Credit Srvs/Centralized Bk dept
Commonwealth of Pennsylvania                  Fort Worth, TX 76161-0275                    Po Box 790034
The Phoenix Building                                                                       St Louis, MO 63179-0034
1600 Arch Street, Suite 300
Philadelphia, PA 19103-2016

Comenity Capital/IKEA                         Commonwealth of Pennsylvania, Dept. of Reven Credit One Bank
Attn Bankruptcy                               Bureau of Compliance                         Attn: Bankruptcy Department
Po Box 18125                                  c/o CHRISTOPHER R. MOMJIAN                   Po Box 98873
Columbus, OH 43218                            Office of the Attorney General               Las Vegas, NV 89193-8373
                                              1600 Arch Street, 3rd floor
                                              Philadelphia, PA 19103-2016

Deutsche Bank ABS Captial Trust 2007-HE2      Deutsche Bank National Trust Co. Trustee (Se Gregory Funding, LLC
c/o Specialized Loan Servicing LLC            c/o Specialized Loan Servicing LLC           PO Box 230579
742 Lucent Blvd                               6200 S. Quebec St.                           Tigard, OR 97281-0579
Littleton CO 80129-2386                       Greenwood Village, Colorado 80111-4720


Internal Revenue Service                      New Century Financial Services 110 S Jeffers Ocwen Loan Servicing, LLC
P O Box 7346                                  Suite 104                                    1661 Worthington Road
Philadelphia, PA 19101-7346                   Whippany, NJ 07981                           Suite 100
                                                                                           West Palm Beach, Fl 33409-6493


PHH Mortgage                                  PHH Mortgage Corporation                     PHH Mortgage Corporation
Attn: Bankruptcy Department                   One Mortgage Way                             c/o ANDREW L. SPIVACK
P.O. Box 24605                                Mount Laurel, New Jersey 08054-4624          Brock & Scott, PLLC
West Palm Beach, FL 33416-4605                                                             302 Fellowship Road
                                                                                           Suite 130
                                                                                           Mount Laurel, NJ 08054-1218
```

PHH Mortgage Services
1 MORTGAGE WAY
Mount Laurel, NJ 08054-4624

PHH Mortgage Services
P.O. Box 5452
Mount Laurel, NJ 08054-5452

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Santander Consumer USA
Po Box 961212
Fort Worth, TX 76161-0212

(p)SIMMONS BANK
ATTN CONSUMER DEFAULT DEPARTMENT
POST OFFICE BOX 733
UNION CITY TN 38281-0733

Stern & Eisenberg PC
1581 Main Street Suite 200
The Shops at Valley Square
Warrington, PA 18976-3403

THE BANK OF NEW YORK MELLON
Bankruptcy Department
PO Box 10826
Greenville, SC 29603-0826

TIAA Bank, N.A.
f/k/a Evesbank
301 W. Bay Street
Jacksonville, FL 32202-5150

The City of Philadelphia
c/o Pamela E. Thurmond, Esq.
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1617

Total Visa/The Bank of Missouri
Attn: Bankruptcy
PO BOX 85710
Sioux Falls SD 57118-5710

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2908

United States Trustee
c/o George Conway
200 Chestnut Street
Suite 502, U S Customs House
Philadelphia, PA 19106-2912

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Erik B. Jensen
Jensen Bagnato, P.C.
1500 Walnut Street Suite 1510
Philadelphia, PA 19102-3500

Kenneth J Taggart
45 Heron Road
Southampton, PA 18966-2109

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank P. 2002 (g)(4).

CITY OF PHILADELPHIA
Tax & Revenue Unit
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
Major Tax Litigation Division
Philadelphia, PA 19102-1595

(d)CITY OF PHILADELPHIA
c/o PAMELA ELCHERT THURMOND
City of Philadelphia
Law/Revenue Department, Mun. Serv. Bldg
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

(d)City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Simmons Bank
Attn: Bankruptcy
Po Box 7009
Pine Bluff, AR 71611

(d)Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AJAX MORTGAGE TRUST I, A DELAWARE TRUST, W

(u)AJX MORTGAGE TRUST I, A DELAWARE TRUST, WI

(d)CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(u)Jeffrey Graham

End of Label Matrix
Mailable recipients   44
Bypassed recipients    4
Total                 48