UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath  			Telephone
Clerk					(215) 408-2800

May 10, 2022

Re: Kenneth J. Taggart
  Bankruptcy No.: 21-12476
  Civil Action No.

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(x) Certificate of appeal from order entered  by the Honorable .
    Notice of appeal filing fee (x)paid    ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
    () Objections filed .

() Report and recommendation entered  by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

(x) Other: Debtor filed Motion to Reinstate the Case, hearing date June 22, 2022.

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By:_____Y.Ruiz_____
Deputy Clerk

---

Received Above material or record tile this  __11th__ day of __May__, 20__22__.

Civil Action No. __22-cv-1823__          Signature: _/s/ Steve Tomas_

Miscellaneous No. _____      Date: __5/11/22__

Assigned to Judge __John M. Younge__                                BFL5.frm(rev 11/8/17)